UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GENER RAYO VELASQUEZ,

Petitioner,

v.

MATTHEW PUTRA et al.,

Respondents.

Case No. 1:26-cv-3305

Honorable Hala Y. Jarbou

**ORDER**

Petitioner initiated this action on November 19, 2026, by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Pet., ECF No. 1.) In the petition, Petitioner's counsel indicates that Petitioner was improperly removed to Nicaragua on or about September 5, 2026. (*Id.*, PageID.2.) The petition provides that, "ICE is now facilitating Petitioner's return to the United States on or before November 19, 2026, and Respondents are expected to seek to re-detain him upon his arrival, giving rise to the ongoing violation of Petitioner's due process rights." (*Id.*)

The parties have not provided the Court with any information regarding whether Petitioner was returned to the United States and re-detained by ICE on November 19, 2026, and if he was re-detained by ICE, where he was detained on November 19, 2026.

Accordingly,

**IT IS ORDERED** that within three business days, Respondents shall submit a written response setting forth whether Petitioner was returned to the United States and re-detained on November 19, 2026. If Petitioner was returned to the United States and re-detained by ICE,

Respondents shall indicate where Petitioner was detained on November 19, 2026. No further briefing will be permitted at this time.

Dated: November 24, 2026

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE